**Fill in this information to identify the case:**

Debtor Name   **Honducrete Redi Mix Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
(State)

Case number (If known): **25-30372**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** | | | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | **Checking account** | **9 6 1 1** | $78.36 |
| 3.2. **Bank of America** | **Checking account** | **9 3 1 5** | $210.48 |
| 3.3. **Bank of America** | **Checking account** | **5 4 6 5** | $32,797.60 |
| 3.4. **Bank of America** | **Checking account** | **3 7 0 7** | $496.24 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ | _____
   4.2 _____ | _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  |  **$33,582.68**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **Honducrete Redi Mix Inc.**
_____    Case number *(if known)* **25-30372**  _____
Name

---

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  _____    _____

7.2  _____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____    _____

8.2  _____    _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    [ _____ ]

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

11.  **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =..... ➔    _____
face amount                              doubtful or uncollectible accounts

11b. Over 90 days old:    _____ - _____ =..... ➔    _____
face amount                              doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    [ _____ ]

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____    _____    _____

14.2  _____    _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of
ownership:

---

Debtor    **Honducrete Redi Mix Inc.**
_____
Name

Case number *(if known)* **25-30372**
_____

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                         _____

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                         _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor   **Honducrete Redi Mix Inc.**
_____
Name

Case number *(if known)* **25-30372**
_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested**<br>_____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed**<br>_____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6**<br>_____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **Honducrete Redi Mix Inc.**
_____
Name

Case number *(if known)* **25-30372**
_____

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|    2 Loptops | **unknown** | | **unknown** |
|    Two Air Compressors | **$4,000.00** | | **$0.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|   42.1 | | | |
|   42.2 | | | |
|   42.3 | | | |

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

    | **$0.00** |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   47.1 **2014 Mack GU Granite /** VIN: 1M2AX13C7EM027039 | **unknown** | | **$75,000.00** |

Debtor   **Honducrete Redi Mix Inc.**

Name

Case number *(if known)* 25-30372

| | | |
|---|---|---|
| 47.2 **2015 Mack GU GRANITE /** VIN: 1M2AX13C1FM028320 | unknown | $75,000.00 |
| 47.3 **2008 Mack GU GRANITE /** VIN: 1M2AX04C68M001366 | unknown | $35,000.00 |
| 47.4 **2009 Kenworth T8 SERIES /** VIN: 1NKDX5EX69J244015 | unknown | $35,000.00 |
| 47.5 **2015 FREIGHTLINER CASCADIA 125 /** VIN: 3AKJGLD54FSGG6725 | unknown | $29,900.00 |
| 47.6 **2007 MACK CTP /** VIN: 1M2AT04C87M006384 | unknown | $30,000.00 |
| 47.7 **2007 MACK CTP /** VIN: 1M2AT13C57M003644 | unknown | $38,000.00 |
| 47.8 **2013 MACK GU Granite /** VIN: 1M2AX13CXDM019306 | unknown | $35,000.00 |
| 47.9 **2005 MACK CV /** VIN: 1M2AG11C85M021964 | unknown | $35,000.00 |
| 47.10 **1998 Peterbilt 357 /** VIN: 1NPALT0X2WD455100 | unknown | $5,000.00 |
| 47.11 **2007 MACK CTP /** VIN: 1M2AT13C47M003649 | unknown | $35,000.00 |
| 47.12 **1998 Interna 5000 /** VIN: 1HTTWAHT1WJ000398 | unknown | $10,000.00 |
| 47.13 **2003 Mack CV /** VIN: 1M2AG11C03M007473 | unknown | $25,000.00 |
| 47.14 **2014 MACK Gu Granite /** VIN: 1M2AX13C3EM027037 | unknown | $60,000.00 |
| 47.15 **2013 Mack GU Granite /** VIN: 1M2AX13C2DM019168 | unknown | $50,000.00 |
| 47.16 **2009 Mack GU Granite /** VIN: 1M2AX13C09M004613 | unknown | $35,000.00 |
| 47.17 **2008 MACK GU Grante /** VIN: 1M2AX13C58M001740 | unknown | $35,000.00 |
| 47.18 **2008 Mack GU Granite /** VIN: 1M2AX13C68M001701 | unknown | $38,000.00 |
| 47.19 **2006 Kenworth T8 Series /** VIN: 1NKDLT0X26R115614 | unknown | $35,000.00 |
| 47.20 **2005 Freightliner Colombia /** VIN: 1FUJF0CV05LV21762 | unknown | $10,000.00 |
| 47.21 **2010 Dodge Ram Pick Up 1500 /** VIN: 1D7RV1GT4AS226911 | $6,000.00 | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Case 25-30372-sgj11    Doc 12    Filed 02/10/25    Entered 02/10/25 20:13:51    Desc Main
Document      Page 7 of 23

| Debtor | **Honducrete Redi Mix Inc.** | Case number *(if known)* 25-30372 |
|---|---|---|
| | Name | |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$725,900.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Honducrete Redi Mix Inc.**
_____
Name

Case number *(if known)* **25-30372**
_____

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = →

Total face amount                 doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Debtor    **Honducrete Redi Mix Inc.**

Name

Case number *(if known)* **25-30372**

|  |  |  |
|---|---|---|
|  | Tax year _____ |  |
|  | Tax year _____ |  |
|  | Tax year _____ |  |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    **Honducrete Redi Mix Inc.**
          _____
          Name

Case number *(if known)* <u>25-30372</u>

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $33,582.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $725,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................ ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column............................*91a. | $759,482.68 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................................... | | $759,482.68 |

Fill in this information to identify the case:

Debtor name __**Honducrete Redi Mix Inc.**_____

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____
                                                                                        (State)

Case number (if known): ___**25-30372**_____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

| **2.1** | | |
| --- | --- | --- |
| **Creditor's name**<br>**COMERCIAL CREDIT GROUP INC**<br><br>**Creditor's mailing address**<br>**2135 CITY GATE LANE 440**<br>**Naperville, IL 60563**<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** _____<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____ | **Describe debtor's property that is subject to a lien**<br>2014 Mack GU Granite, 2009 Kenworth T8 SERIES, 2015 Mack GU GRANITE, 2015 FREIGHTLINER CASCADIA 125, 2008 Mack GU GRANITE<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$187,101.98**      **$249,900.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$187,101.98

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Honducrete Redi Mix Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-30372** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ | _____ | _____ |
| | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | | |
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ | _____ | _____ |
| | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | | |

| Debtor | **Honducrete Redi Mix Inc.** | Case number *(if known)* | 25-30372 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**Big D Concrete, INC**

**10386 Bickham Rd,**

**75220,**

Date or dates debt was incurred  **5/24/2024**

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim  **$216,303.27**

---

**3.2**  Nonpriority creditor's name and mailing address

**Big Town Concrete, LLC**

**1425 Greenway Dr, Ste 350,**

**Irving, TX 75038**

Date or dates debt was incurred  **12/21/2023**

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim  **$138,660.24**

---

**3.3**  Nonpriority creditor's name and mailing address

**Cowtown Redi Mix, INC**

**3001 Brown Trail, 101**

**Bedford, TX 76021**

Date or dates debt was incurred  **2/52024**

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim  **$292,422.09**

---

**3.4**  Nonpriority creditor's name and mailing address

**Cretex Concrete, Inc**

**2665 Villa Creek Dr, Ste A206,**

**Dallas, TX 75234**

Date or dates debt was incurred  **6/11/2024**

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim  **$52,140.60**

---

| Debtor | **Honducrete Redi Mix Inc.** | Case number *(if known)* | **25-30372** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.5** Nonpriority creditor's name and mailing address

**ExecutiveWorkspace**

**12700 Hillcrest Rd. 125**

**Dallas, TX 75230**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,789.75

---

**3.6** Nonpriority creditor's name and mailing address

**GPs Trackit**

**Global Tracking Communications LLC**
**Attn: Lockbox**

**20500 Beishaw Avenue**

**Carson, CA 90746**

Date or dates debt was incurred    **03/30/2025**

Last 4 digits of account number    **0   3   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,640.94

---

**3.7** Nonpriority creditor's name and mailing address

**Great Lake Petroleum**

**11110 Westlake Rd,**

**Charlotte, NC 28237**

Date or dates debt was incurred    **10/4/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$58,344.60

---

**3.8** Nonpriority creditor's name and mailing address

**Holcim-Sor, INC**

**15900 Dooley Rd,**

**Addison, TX 75001**

Date or dates debt was incurred    **7/20/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$170,406.84

---

| Debtor | **Honducrete Redi Mix Inc.** | Case number *(if known)* | **25-30372** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address

**IJA Truck Parts**

**2513 E.Shady Grove Rd,**

**Irving, TX 75060**

Date or dates debt was incurred   **9/4/2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$7,706.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Liberty County Mutual**

**175 Berkeley Street,**

**Boston, MA 02116**

Date or dates debt was incurred   **8/26/2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$74,695.61**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**North Texas Tollway Authority**

**4120 International Pkwy 1100**

**Carrollton, TX 75007**

Date or dates debt was incurred   **8/20/2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$50,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Preferred Materials, LLC**

**1575 Heritage Dr, 103**

**Mckinney, TX 75069**

Date or dates debt was incurred   **8/24/2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$26,158.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Honducrete Redi Mix Inc.** | Case number *(if known)* | **25-30372** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,348.00** |
|---|---|---|---|

**Progressive Insurance**

**5805 Sepulveda Blvd, 4th Floor**

**San Francisco, CA 94141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **9/17/2024** |
|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Last 4 digits of account number** | __ __ __ __ |
|---|---|

---

| **3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65,187.94** |
|---|---|---|---|

**World Fuel Services INC**

**9800 NW 41 Street, 400**

**Miami, FL 33178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **1/17/2025** |
|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Last 4 digits of account number** | __ __ __ __ |
|---|---|

| Debtor | **Honducrete Redi Mix Inc.** | Case number *(if known)* | **25-30372** |
|---|---|---|---|
| | Name | | |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + $1,166,804.79 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $1,166,804.79 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Honducrete Redi Mix Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-30372**    Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Honducrete Redi Mix Inc.**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__
(State)

Case number (If known): __**25-30372**__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors   12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor   **Honducrete Redi Mix Inc.**

Name

Case number (if known) **25-30372**

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          ZIP Code | | |

Official Form 206H   **Schedule H: Codebtors**   page **2** of **2**

Fill in this information to identify the case:

Debtor name **Honducrete Redi Mix Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-30372**   Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................ | **$759,482.68**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. | **$759,482.68**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$187,101.98**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+  $1,166,804.79**

4. **Total liabilities**.................................................................................................................................................. | **$1,353,906.77**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **Honducrete Redi Mix Inc.**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known):     **25-30372**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/10/2025**        X **/s/ Juan Ramon Benavides**
       MM/ DD/ YYYY                 Signature of individual signing on behalf of debtor

                                    **Juan Ramon Benavides**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor